IN THE DISTRICT COURT IN AND FOR

THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO. 3:10-cv-00953-J34JRK

MECHELL THOMPSON,

    Plaintiff,

v.

CONSUMER PORTFOLIO SERVICES, INC.,

    Defendant.

_____/

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Florida Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 15th Day of February, 2011.

By:<u>s/Alex Weisberg</u>
**Alex Weisberg**
**WEISBERG & MEYERS, LLC**
**5722 South Flamingo Road, #656**
**Cooper City, FL 33330**
**954 337 1885**
**866 775 3666 facsimile**
**aweisberg@AttorneysForConsumers.com**
**Attorney for Plaintiff**

Filed electronically on this 15th Day of February, 2011, with:

United States District Court CM/ECF system

By: s/Jeanette Soto
    Jeanette Soto

### CERTIFICATE OF SERVICE VIA REGULAR MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Michael Lavin, Consumer Portolio Services, 19500 Jamboree Rd, Irvine CA 92618-3801, by depositing the same on February ____, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com