**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MECHELL THOMPSON,

          Plaintiff,

vs.                                     Case No.  3:10-cv-953-J-34JRK

CONSUMER PORTFOLIO SERVICES, INC.,

          Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Dismissal of Case With Prejudice (Dkt. No. 17; Notice) filed on February 15, 2011.  In the Notice, Plaintiff seeks dismissal of this matter with prejudice.  <u>See</u> Notice at 1.  Accordingly, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of February, 2011.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record